FILED

SEP 28 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>Luis Miguel VIDALES-Rodriguez,<br><br>　　　　　　　　Defendant. | Case No.: 17MJ9004<br><br>**FINDINGS OF FACT AND ORDER OF DETENTION** |

In accordance with 18 U.S.C. § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141, et seq.), a detention hearing was held on September 21, 2017, to determine whether defendant, Luis Miguel VIDALES-Rodriguez, should be held in custody pending trial on the grounds that he is a flight risk. Assistant U.S. Attorney Seth Gagliardi appeared on behalf of the United States. Michelle Angeles of Federal Defenders of San Diego, Inc. appeared on behalf of Defendant.

Based on the evidence proffered by the United States and Defendant, the Pretrial Services report, and the criminal complaint issued against Defendant on September 18, 2017, by this Court, the Court concludes the following facts establish by a preponderance of the evidence that no condition or combination of conditions will reasonably assure Defendant's appearance.

I

FINDINGS OF FACT

A. Nature and Circumstances of the Offense Charged (18 U.S.C. §3142(g)(1)):

1. The Defendant is charged in Criminal Complaint No. 17MJ9004 with the importation of 28.32 kilograms (62.43 pounds) of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, U.S.C., §§ 952 and 960. Therefore, probable cause exists to believe the Defendant committed the charged offense.

2. The charged offense is an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C.§ 801, et seq.). Thus, there arises a presumption that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required. See, 18 U.S.C. § 3142(e).

3. The offense carries with it a minimum mandatory sentence of 10 years and a maximum sentence of life. See, 21 U.S.C. § 960(b)(1)(H). According to the United States Sentencing Guidelines, the Base Offense level is 36. See, USSG § 2D1.1(c)(2). Assuming the Defendant's criminal history score places him in Criminal History Category I, see, USSG § 4A1.1, the sentencing range for the Defendant is 188-235 months in prison.

B. Weight of the Evidence Against the Defendant (18 U.S.C. § 3142(g)(2)):

1. On September 18, 2017, Luis MIGUEL VIDALES-Rodriguez (VIDALES) was the driver of a Ford Expedition as he applied for entry into the United States through the Calexico, California West Port of Entry. VIDALES stated he was heading back home to Bakersfield, California and he had been in Mexicali, Mexico visiting his sick grandmother for two days. Customs and Border Protection Officer (CBPO) Spears noticed VIDALES was avoiding eye contact and was constantly looking around during the inspection.

2. During secondary inspection, CBPO Gaudi noticed that VIDALES was speaking very fast and avoiding eye contact. A Canine Enforcement Officer was requested and his Human/Narcotics Detection Dog alerted to the driver's side rear wheel well area of the vehicle. Upon further inspection of the vehicle, CBPO Gaudi noticed tampering to the gas tank.

3. The gas tank was removed and 50 packages were discovered within the gas tank. One package was probed and tested positive for the properties of methamphetamine. The packages had a total combined weight of 28.32 kilograms (62.43 pounds). VIDALES admitted knowledge of the narcotics in the vehicle and admitted he would be paid up to $3,000 to transport the narcotics to Bakersfield.

C. History and Characteristics of the Defendant (18 U.S.C. § 3142(g)(3)):

1. The Defendant is a citizen of Mexico.
2. The Defendant resides in Bakersfield, California.
3. The Defendant is a legal permanent resident.
4. The Defendant has a history of substance abuse.
5. The Defendant has significant ties to Mexico.
6. The Defendant has the following criminal history:

10/17/09     Failure to Appear – 1 day

D. Nature and Seriousness of Danger Posed by Release (18 U.S.C. § 3142(g)(4)):

1. The government proffered no evidence to suggest release of the Defendant would pose a danger to any person or the community.

II

REASONS FOR DETENTION

A. There is probable cause to believe that the Defendant committed the offense charged in Criminal Complaint Number 17MJ9004 to wit: the importation of 28.32 kilograms (62.43 pounds) of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, U.S.C., §§ 952 and 960.

B. The Defendant faces a substantial period of time in custody if convicted of the offense charged in the Complaint. He, therefore, has a strong motive to flee.

C. Defendant has substantial ties to Mexico.

D. The Defendant has not rebutted the presumption, based upon the Court's findings, that there is probable cause to believe Defendant committed an offense for which a maximum term of imprisonment of 10 years to life is prescribed in the Controlled Substances Act (21 U.S.C. § 801, et seq.), and that no condition or combination of

conditions will reasonably assure the appearance of Defendant at future court proceedings. See, 18 U.S.C. § 3142(e).

### III

### ORDER

IT IS HEREBY ORDERED that the Defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED that the Defendant be committed to the custody of the Attorney General, or his designated representative, for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

//

//

//

| | |
|---|---|
| 1 | While in custody, upon order of a court of the United States, or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel. |

THIS ORDER IS ENTERED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: 9-28-2017.

HON. PETER C. LEWIS
U.S. MAGISTRATE JUDGE

Prepared by:

ALANA W. ROBINSON
Acting United States Attorney

SETH GAGLIARDI
Assistant U.S. Attorney

cc: Michelle Angeles
Federal Defenders of San Diego, Inc.

5